STEVEN L. DERBY, ESQ. (SBN 148372)
ANTHONY E. GOLDSMITH, ESQ. (SBN 125621)
DERBY, McGUINNESS, & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
sderby@dmglawlawfirm.com

Attorneys for Plaintiff
GUY JONES


SUSANA ALCALA WOOD, City Attorney (SBN 156366)
ANDREA M. VELASQUEZ, (SBN 249210)
CITY OF SACRAMENTO
9151 Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES, an individual, | CASE NO. 2:17-cv-02046-WBS-AC |
| Plaintiff, | Civil Rights |
| v. | |
| CITY OF SACRAMENTO; and DOES 1 – 100, inclusive, | **ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT** |
| Defendants. | |

GOOD CAUSE BEING SHOWN, it is so ORDERED. Plaintiff will file the First Amended Complaint no later than one week after the date of this Order.

Dated: February 7, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE