STEVEN L. DERBY, ESQ. (SBN 148372)
ANTHONY E. GOLDSMITH, ESQ. (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
sderby@dmglawlawfirm.com

Attorneys for Plaintiff
GUY JONES

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO, et al.<br><br>　　　　　Defendants. | Case No.: 2:17-cv-02046-WBS-AC<br><br>**ORDER OF REMAND** |

Pursuant to the stipulation of the parties, and for good cause shown, this action is hereby remanded to the Superior Court of the State of California, in and for the County of Sacramento.

**IT IS SO ORDERED.**

Dated: February 15, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER FOR REMAND

788588