1  STEVEN L. DERBY, ESQ. (SBN 148372)
   ANTHONY E. GOLDSMITH, ESQ. (SBN 125621)
2  DERBY, McGUINNESS & GOLDSMITH, LLP
   300 Lakeside Drive, Suite 1000
3  Oakland, CA 94612
   Telephone:  (510) 987-8778
4  Facsimile:  (510) 359-4419
   sderby@dmglawfirm.com
5
   Attorneys for Plaintiff
6  GUY JONES

7

8  SUSANA ALCALA WOOD, City Attorney (SBN 156366)
   ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)
   AVelasquez@cityofsacramento.org
9  CITY OF SACRAMENTO
   915 I Street, Room 4010
10 Sacramento, CA  95814-2608
   Telephone:  (916) 808-5346
11 Telecopier:  (916) 808-7455

12 Attorneys for the CITY OF SACRAMENTO

13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO, et al.<br><br>　　　　　Defendants. | Case No.:  2:17-cv-02046-WBS-AC<br><br>**ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION AND FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE** |

　　　　Pursuant to the stipulation of the parties, and for good cause shown, the Court declines to exercise supplemental jurisdiction over any of the claims set forth in Plaintiff's First Amended Complaint (Docket 11) and therefore, Plaintiff's First Amended Complaint is hereby DISMISSED WITHOUT PREJUDICE with each party to bear its own costs, fees and litigation

1

expenses.

**IT IS SO ORDERED.**

Dated: April 26, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE